147 A.3d 398

CHELLE

v.

GHAZZAOUI

Pet. Docket No. 315, Sept.Term, 2016

Court of Appeals of Maryland.

October 31, 2016

Opinion of the Court of Special Appeals unreported (No. 1259, Sept. Term, 2013).

Petition for writ of certiorari denied.

■

147 A.3d 398

COLE, Kevin

v.

STATE of Maryland

Pet. Docket No. 319, Sept.Term, 2016

Court of Appeals of Maryland.

October 31, 2016

Opinion of the Court of Special Appeals unreported (No. 1695, Sept. Term, 2015).

Petition for writ of certiorari denied.